United States District Court
Southern District of Texas
ENTERED
November 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **MARCIAL HOMERO MEDINA CAIZALETIN,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01785** |
| | § | |
| **WARDEN, *et al.*,** | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1). Petitioner challenges his detention in federal immigration custody. Also pending before the Court is Respondents' Motion to Dismiss, (Dkt. No. 8). Respondents argue that the Petition should be dismissed because Petitioner raised similar claims in an earlier-filed Petition that remains pending before the Court in case number 5:26-CV-1395. (*Id.*).

Upon review of the Petition, the Court has identified that Petitioner previously filed a habeas petition asserting the same factual allegations and legal claims. On August 7, 2026, Petitioner filed a habeas petition in Case No. 5:26-CV-01395, which remains pending before the Court.

When a duplicate habeas petition is filed alleging "substantially the same facts arising from a common series of events," the later-filed petition should ordinarily be dismissed. *Pittman v. Moore*, 980 F.2d 994, 994–95 (5th Cir. 1993) ("Ordinarily . . . the district court confronted with the later-filed action should dismiss it in favor of the case that was filed earlier."); *see, e.g.*, *Li v. Noem*, No. 5:26-CV-474, slip op. at 2 (S.D. Tex. Mar. 31, 2026) (dismissing the later-filed immigration habeas petition as duplicative).

Here, Petitioner's petition in 5:26-CV-1395 asserts the same facts and legal claims as the petition filed in this action. (*Compare* Dkt. No. 1, *with* No. 5:26-CV-01395 Dkt. No. 1). This action was filed after the petition in 5:26-CV-01395.

Accordingly, Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1), is **DISMISSED without prejudice**. All other relief requested by

Petitioner is **DENIED**. Respondents' Motion to Dismiss, (Dkt. No. 8) is **DENIED** as moot.

The Clerk of Court is **DIRECTED** to terminate this civil action.

The Clerk is further **DIRECTED** to mail this Order to Petitioner, by regular mail and any receipted means, at the address on file with the Court.

It is so **ORDERED**.

**SIGNED** on November 5, 2026.

John A. Kazen
United States District Judge